FILED
Clerk's Office
USDC, Mass.
Date 12/18/03
By  _MLb_
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP.,<br><br>Plaintiff,<br><br>v.<br><br>EF EDUCATION FIRST, INC.; EF INSTITUTE FOR CULTURAL EXCHANGE; EF TRAVEL, INC.; EF EDUCATIONAL TOURS; EF INTERNATIONAL SCHOOL; EF EDUCATIONAL FOUNDATION FOR FOREIGN STUDY and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown,<br><br>Defendants. | Civil Action No.:<br><br>RULE 7.1 STATEMENT |

Pursuant to Fed.R.Civ.P. 7.1(a), Plaintiff AT&T Corp. ("AT&T"), a nongovernmental corporate party, hereby states that it has no parent corporation and is not aware of any publicly held corporation that owns 10 percent or more of its stock. However, Capital Research and Management Company, 333 South Hope Street, 55th Floor, Los Angeles, CA

12459/769
12/11/03 1485329.01