UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

A T & T CORP.

                                        CIVIL ACTION
                                        NO.03-12546-WGY

   V

EF EDUCATIONAL FIRST, ET AL


ORDER OF RECUSAL

YOUNG, C.J.

    The presiding judge recuses himself on the ground that he is a shareholder in one of the corporate parties to this litigation.


                                  WILLIAM G. YOUNG
                                  UNITED STATES DISTRICT JUDGE


                                  By the Court,

                                  /s/ Elizabeth Smith
                                  _____
                                           Deputy Clerk