## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP., <br><br> Plaintiff, <br><br> v. <br><br> EF EDUCATION FIRST, INC.; EF INSTITUTE FOR CULTURAL EXCHANGE; EF TRAVEL, INC.; EF EDUCATIONAL TOURS; EF INTERNATIONAL SCHOOL; EF EDUCATIONAL FOUNDATION FOR FOREIGN STUDY; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown, <br><br> Defendants. | Civil Action No.: 03cv12546WGY <br><br> **ASSENTED TO MOTION TO EXTEND TIME FOR THE FILING OF AN ANSWER OR MOTION UNDER RULE 12** |

NOW COME THE PARTIES in the above-captioned matter and hereby move this Honorable Court to extend the time by which the defendants are required to file its answer or motion under Rule 12 up to including June 23, 2004.

In support of their joint motion, the parties have been discussing the underlying claim that is the subject matter of the law suit in an attempt to resolve their disputes. Information is being exchanged, but additional time is necessary to research cross allegations of fact.

EF EDUCATION FIRST, INC., et al.
By their attorney,

_/s/ George W. Lloyd_
Attorney George W. Lloyd
Testa, Hurwitz & Thibeault
125 High Street
Boston, MA 02110

AT&T CORP.,
By its attorney,

_/s/ Kevin J. Kiely_
Attorney Kevin J. Kiely
KIELY & VISNICK
11 School Street
Rockport, MA 01966
(978) 546-6334
BBO # 542043

12459/769
04/27/2004 1528658.01