UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP., )<br>)<br>   Plaintiff, )<br> v. )<br>)<br>EF EDUCATION FIRST, INC.; EF INSTITUTE )<br>CULTURAL EXCHANGE; EF TRAVEL, INC.; )<br>EF EDUCATIONAL TOURS; EF INTER- )<br>NATIONAL SCHOOL; EF EDUCATIONAL )<br>FOUNDATION FOR FOREIGN STUDY; and )<br>JOHN DOES (1-10), representing various )<br>individuals and entities whose names and )<br>addresses are presently unknown, )<br>)<br>   Defendants. )<br>) | Civil Action No.: 03cv12546WGY<br>ASSENTED TO MOTION TO<br>EXTEND TIME FOR THE FILING<br>OF AN ANSWER OR MOTION<br>UNDER RULE 12 |

NOW COME THE PARTIES in the above-captioned matter and hereby move this Honorable Court to extend the time by which the defendants are required to file its answer or motion under Rule 12 up to and including November 1, 2004.

  In support of their joint motion, the parties have been discussing the underlying claim that is the subject matter of the lawsuit in an attempt to resolve their disputes. Information is being exchanged, but additional time is necessary to research cross allegations of fact.

| | |
|---|---|
| EF EDUCATION FIRST, INC., et al,<br>By their attorney,<br><br> /s/ George W. Lloyd<br>Attorney George W. Lloyd<br>Testa, Hurwitz & Thibeault LLP<br>125 High Street<br>Boston, MA 02110<br>(617) 248-7000 | AT&T CORP.,<br>By its attorney<br><br> /s/ Kevin J. Kiely<br>Attorney Kevin J. Kiely<br>KIELY & VISNICK<br>11 School Street<br>Rockport, MA 01966<br>(978) 546-6334<br>BBO # 542043 |

FOLSTEKL\9145\1.3114145_1