# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| AT&T CORP., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No.: 03cv12546PBS |
| EF EDUCATION FIRST, INC.; EF INSTITUTE ) | |
| CULTURAL EXCHANGE; EF TRAVEL, INC.; ) | |
| EF EDUCATIONAL TOURS; EF INTER- ) | |
| NATIONAL SCHOOL; EF EDUCATIONAL ) | |
| FOUNDATION FOR FOREIGN STUDY; and ) | |
| JOHN DOES (1-10), representing various ) | |
| individuals and entities whose names and ) | |
| addresses are presently unknown, ) | |
| ) | |
| Defendants. ) | |

_____ )

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Anita B. Bapooji and Karen Foster of Testa, Hurwitz & Thibeault, LLP hereby withdraw their appearance as counsel for Defendants EF Education First, Inc., EF Institute for Cultural Exchange, EF Travel, Inc., EF Educational Tours, EF International School, EF Educational Foundation for Foreign Studies and John Does ("EF Education") pursuant to Local Rule 83.5.2(c).  The law firm of Testa, Hurwitz & Thibeault, LLP is in the process of dissolution and as of February 14, 2005, neither Anita B. Bapooji nor Karen Foster will be employed at that firm.

EF Education has been notified of this withdrawal.  Representation of EF Education in this matter will be taken over by Lisa (Berman) Souza, Esq., whose contact information is:

> Lisa (Berman) Souza
> General Counsel
> EF Education
> One Education Street
> Cambridge, MA 02141
> Tel: (617) 619-1000

Dated:  February 10, 2005                    Respectfully Submitted,


                                            EF EDUCATION FIRST, INC.
                                            By Its Attorneys,

                                            /s/ Anita B. Bapooji
                                            Anita B. Bapooji, Esq.
                                            Karen Foster, Esq.
                                            Testa, Hurwitz & Thibeault
                                            High Street Tower
                                            125 High Street
                                            Boston, MA  02110
                                            (617) 248-7000


## CERTIFICATE OF SERVICE

I, Anita B. Bapooji, hereby certify that I caused a copy of the foregoing to be served on February 11, 2005 to the following by first class mail, postage prepaid:

> Kevin J. Kiely, Esq.
> Kiely & Visnick
> 11 School Street
> Rockport, MA 01966
>
> Lisa (Berman) Souza
> General Counsel
> EF Education
> One Education Street
> Cambridge, MA 02141

                    /s/ Anita B. Bapooji
                    Anita B. Bapooji

3172306_1