UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03CV12546-PBS

AT&T CORP.,                                               )
       Plaintiff                                      )
                                                       )
v.                                                        )
                                                       )
EF EDUCATION FIRST, INC.; EF INSTITUTE FOR                )
CULTURAL EXCHANGE; EF TRAVEL, INC.; EF                    )
EDUCATIONAL TOURS; EF INTERNATIONAL)
SCHOOL; EF EDUCATIONAL FOUNDATION FOR                     )
FOREIGN STUDY; AND JOHN DOES (1-10),                      )
Representing various individuals and entities whose       )
names and addresses are presently unknown,                )
       Defendants.                                    )

ASSENTED TO MOTION TO EXTEND TIME FOR
THE FILING OF AN ANSWER OR MOTION UNDER RULE 12

      NOW COME THE PARTIES in the above-captioned matter and hereby move this Honorable Court to extend the time by which the defendants are required to file its answer or motion under Rule 12 up to including May 1, 2005

      In support of their joint motion, the parties have been discussing the underlying claim that is the subject matter of the law suit in an attempt to resolve

their disputes. Information is being exchanged, but additional time is necessary to research cross allegations of fact.

| | |
|---|---|
| EF EDUCATION FIRST, INC., et al.<br>By their attorney, | AT&T CORP.,<br>By its attorney, |
| S/s Lisa (Berman) Souza<br>_____<br>Attorney Lisa B(Berman) Souza<br>General Counsel<br>EF Education<br>One Education Street<br>Cambridge, MA 02141 | s/s Kevin J. Kiely<br>_____<br>Attorney Kevin J. Kiely<br>KIELY & VISNICK<br>11 School Street<br>Rockport, MA  01966<br>(978) 546-6334<br>BBO # 542043 |

attext