UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AT&T Corp.
        Plaintiff,                      CIVIL ACTION
                                              NO.   03-12546-PBS
    v.

EF Education First, Inc., et al
        Defendants.

## NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                    May 4, 2005

     The Scheduling Conference  previously scheduled for June 28, 2005 , has been **rescheduled** to **June 23, 2005, at 11:00 a.m.**

                                                             By the Court,


                                                            ./s/ Robert C. Alba
                                                            Deputy Clerk

Copies to:  All Counsel

resched.ntc