# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP.,<br><br>      Plaintiff,<br><br>v.<br><br>EF EDUCATION FIRST, INC.; EF INSTITUTE FOR CULTURAL EXCHANGE; EF TRAVEL, INC.; EF EDUCATIONAL TOURS; EF INTERNATIONAL SCHOOL; EF EDUCATIONAL FOUNDATION FOR FOREIGN STUDY; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown,<br><br>      Defendants. | Civil Action No.: 03cv12546-PBS |

**PLEASE TAKE NOTICE** that the parties in the above-captioned matter hereby stipulate that the Complaint filed in this matter shall be dismissed with prejudice and without costs to either party.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| EF EDUCATION FIRST, INC., et al.<br>By their attorney, | AT&T CORP.,<br>By its attorney, |
| s/Lisa Berman Sousa<br>Attorney Lisa Berman Sousa<br>General Counsel<br>EF Education<br>One Education Street<br>Cambridge, MA 02141<br>(617) 619-1584 | s/ Kevin J. Kiely<br>Attorney Kevin J. Kiely<br>KIELY & VISNICK<br>11 School Street<br>Rockport, MA 01966<br>(978) 546-6334<br>BBO# 542043 |
| Dated: July 12, 2005 | Dated: July 12, 2005 |

12459/769
07/11/05 1750374.01